**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>        Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>        Defendants. | No. 3:12-cv-03260-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Nov. 17, 2014          By: _____
                              Charles R. Breyer
                              United States District Judge

---
1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED