**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>　　　　　Defendants. | No. 3:12-cv-03260-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT CARRIER CORPORATION** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant CARRIER CORPORATION are hereby dismissed with prejudice.

Dated: Nov. 18, 2014                    By: _____
　　　　　　　　　　　　　　　　　　　　Charles R. Bryer
　　　　　　　　　　　　　　　　　　　　United States District Judge