ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
Email: kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY SALISBURY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION), *et al.*,<br><br>　　　　Defendants. | No. 3:12-cv-03260-CRB<br><br>NOTICE OF DOCKET ERROR AND REQUEST TO RESTORE PARTIES TO THE DOCKET |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that it has come to plaintiff's attention that the following viable defendants and remaining parties to this action are missing from the Court's docket: TRANE US, INC. FKA AMERICAN STANDARD, INC.; THOMAS DEE ENGINEERING COMPANY; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; AND J.T. THORPE & SON, INC.

In addition, the following defendants are incorrectly marked "Terminated" on the Court's docket, as they still remain active parties in the action: CARRIER CORPORATION and

1  HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN
2  SHIPBUILDING, INC.).
3       Plaintiff filed his complaint for Personal Injury against various defendants, including
4  those listed in Paragraphs One and Two, above, in San Francisco Superior Court ("SFSC") on
5  April 25, 2012.  On June 22, 2012, defendant, Huntington Ingalls Incorporated (fka Northrop
6  Grumman Shipbuilding, Inc.) filed a Notice of Removal of that case to the U.S. District Court,
7  Northern District of California ("NDCA") where it was given the Case No. CV-12-03260-SBA.
8  Doc 1.  At that time, none of the Paragraph One defendants had appeared in the SFSC action and
9  were not put on the docket of NDCA Case No. 03260.  On June 29, 2012, defendant, Puget
10 Sound Commerce Center, Inc. (fka Todd Shipyards Corporation) filed its own Notice of
11 Removal of that same SFSC action to the NDCA, where it was given Case No. CV-12-03432-
12 SC.  Doc 1.  All of the above-listed defendants in Paragraph One, except for INGERSOLL-
13 RAND COMPANY, were put on the docket for NDCA Case No. 03432.  Subsequently, both
14 NDCA cases were transferred to the Eastern District of Pennsylvania ("EDPA") and were given
15 the Case Nos. of 2:12-cv-60168-ER and 2:12-cv-60185-ER, respectively.  These two cases were
16 consolidated in the EDPA under Case No. 60168 per Order dated September 10, 2012.  Doc 12.
17 On February 26, 2013, plaintiff amended his complaint in the EDPA to add defendant,
18 INGERSOLL-RAND COMPANY.
19      The list of remaining active defendants in Plaintiff's September 15, 2014 Response to
20 Order to Show Cause in the EDPA, Doc 83, included all the above-listed defendants in
21 Paragraph One.  However, when the case was remanded to the NDCA on September 30, 2014,
22 NDCA Doc 17, these defendants (see Page 14 of NDCA Doc 17) were not on the NDCA's
23 docket.
24      TRANE US, INC. FKA AMERICAN STANDARD, INC.; THOMAS DEE
25 ENGINEERING COMPANY; FOSTER WHEELER LLC (FKA FOSTER WHEELER
26 CORPORATION); GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY;
27 OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; J.T. THORPE & SON,
28 INC., CARRIER CORPORATION and HUNTINGTON INGALLS INCORPORATED (FKA

1  NORTHROP GRUMMAN SHIPBUILDING, INC.), remain as active and viable defendants in
2  this action.  Since this case has had little activity since its remand , defendants would not be
3  prejudiced by being properly returned to the docket as parties in this case.
4        Plaintiff, therefore, respectfully requests that defendants, TRANE US, INC. FKA
5  AMERICAN STANDARD, INC.; THOMAS DEE ENGINEERING COMPANY; FOSTER
6  WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL ELECTRIC
7  COMPANY; INGERSOLL-RAND COMPANY; OWENS-ILLINOIS, INC.; PARKER-
8  HANNIFIN CORPORATION; J.T. THORPE & SON, INC., CARRIER CORPORATION and
9  HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN
10 SHIPBUILDING, INC.),  be restored as active parties on the Court's docket.[1]
11       In addition, CLEAVER-BROOKS, INC. and CRANE CO. have not been named in this
12 action and are therefore not parties to this action.  Defendant, PUGET SOUND COMMERCE
13 CENTER, INC. was named in this action, but was subsequently dismissed.  EDPA Doc 51.
14 Plaintiff, therefore, further requests that the following parties be removed from the Court's
15 docket, as they are not parties to this action:  CLEAVER-BROOKS, INC., CRANE CO.
16 Plaintiff further requests that defendant, PUGET SOUND COMMERCE CENTER, INC., be
17 marked Terminated.
18 Dated:  November 17, 2014         BRAYTON❖PURCELL LLP
19
20                         By:  /s/Kimberly J.  Chu
21                            Kimberly J. Chu, Esq., S.B. #206817
                              kchu@braytonlaw.com
22                          (415) 898-1555
                            (415) 898-1247 Fax
23 Nov. 18, 2014            Attorneys for Plaintiff

(Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer)

24
25 [1] A copy of this notice, along with copies of the following documents, have been mail-served on counsel for TRANE US, INC. FKA AMERICAN STANDARD, INC.; THOMAS DEE ENGINEERING COMPANY; FOSTER WHEELER LLC (FKA FOSTER WHEELER
26 CORPORATION); GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; AND J.T. THORPE &
27 SON, INC.  The Proof of Service is attached as Exhibit "A:"  (1) Order Re-opening Case per Remand Order. Doc 17; (2) Order Reassigning Case to the Honorable Charles Breyer. Doc 18;
28 (3) Order Referring Case to Magistrates Spero and Corley. Doc 19; and Order re Settlement Status Conference. Doc 20.

# EXHIBIT A

## PROOF OF SERVICE BY MAIL

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1324 Rand Street, Petaluma, California 94954.

On ____NOV 0 3 2014____, I served the within:

- ORDER REASSIGNING CASE TO HONORABLE CHARLES R. BREYER;
- CONDITIONAL REMAND ORDER;
- ORDER OF REFERENCE;
- ORDER RE: SETTLEMENT STATUS

on the interested parties in this action by transmitting a true copy thereof in the following manner.

I placed in a sealed envelope, postage thereon prepaid, addressed and served as follows:

SEE ATTACHED SERVICE LIST

BY MAIL SERVICE:   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

Executed ____NOV 0 3 2014____, at Petaluma, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[signature]

Jerry Salisbury v. Asbestos Corporation Limited, et al.
United States District Court, Norther District of California, Case No. CV 12-03260 SBA

PROOF OF SERVICE BY MAIL

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6159
(415) 898-1555

Case 3:12-cv-03260-CRB   Document 26   Filed 11/18/14   Page 6 of 8
Brayton-Purcell
1

Date Created: 11/3/2014-4:47:22 PM  
(MTD)  
Created by: LitSupport - ServiceListCombined - Reporting  
Matter Numbers: 115527.004,115527.003 - Jerry Salisbury, Jerry Salisbury  

Run By : DeBello, Michele

AGENT FOR SERVICE  
C T Corporation System - Olympia  
505 Union Avenue SE, # 120  
Olympia, WA 98501  
360-357-6794  
Defendants:  
   Puget Sound Commerce Center, Inc. (fka Todd Shipyards Corporation) (TODD)

Bassi, Edlin, Huie & Blum LLP  
500 Washington Street  
Suite 700  
San Francisco, CA 94111  
415-397-9006   415-397-1339 (fax)  
Defendants:  
   J.T. Thorpe & Son, Inc. (THORPE)  
   Parker-Hannifin Corporation (PARKHF)

Hugo Parker, LLP  
135 Main Street, 20th Floor  
San Francisco, CA 94105  
415-808-0300   415-808-0333 (fax)  
Defendants:  
   Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

Pond North, LLP  
350 South Grand Avenue  
Suite 3300  
Los Angeles, CA 90071  
213-617-6170   213-623-3594 (fax)  
Defendants:  
   CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP  
310 Golden Shore, Fourth Floor  
Long Beach, CA 90802  
562-436-3946   562-495-0564 (fax)  
Defendants:  
   Ingersoll-Rand Company (INGRSL)  
   Trane US, Inc. fka American Standard, Inc. (AMSTAN)

Schiff Hardin LLP  
One Market Plaza  
Spear Street Tower, 32nd Floor  
San Francisco, CA 94105  
415-901-8700   415-901-8701 (fax)  
Defendants:  
   Owens-Illinois, Inc. (OI)

Tucker Ellis LLP  
One Market Street  
Steuart Tower, Suite 700  
San Francisco, CA 94105  
415-617-2400   415-617-2409 (fax)  
Defendants:  
   Carrier Corporation (CARRCP)  
   Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

Walsworth, Franklin, Bevins & McCall, LLP  
601 Montgomery Street, 9th Floor  
San Francisco, CA 94111  
415-781-7072   415-391-6258 (fax)  
Defendants:  
   General Electric Company (GE)  
   Thomas Dee Engineering Company (DEE)

Yaron & Associates  
1300 Clay Street, Suite 800  
Oakland, CA 94612  
415-658-2929   415-658-2930 (fax)  
Defendants:  
   Puget Sound Commerce Center, Inc. (fka Todd Shipyards Corporation) (TODD)

## PROOF OF SERVICE BY MAIL

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California 94948-6169.

On 11/17/14, I served the following document(s) described as:

**NOTICE OF ERROR AND REQUEST TO RESTORE**

on the interested party(ies) in this action as follows:

SEE ATTACHED LIST

\_\_\_  BY PERSONAL MAILING:

I deposited in the U.S. Mail at Novato, California, the above-described document(s), in a sealed envelope, with postage fully prepaid, addressed to the party(ies) as stated above.

X  BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed 11/17/14, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s/ Erika A Bambauer*
Erika A Bambauer

Jerry Salisbury v. FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION)
U.S. District Court, NDCA, Case No. 3:12-cv-03260-CRB

PROOF OF SERVICE BY MAIL

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**Bassi, Edlin, Huie & Blum LLP - San Francisco**
500 Washington St. Suite 700
San Francisco, CA  94111
415-397-9006    415-397-1339 (fax)
**Defendants:**
   J.T. Thorpe & Son, Inc.  (THORPE)
   Parker-Hannifin Corporation  (PARKHF)

**Hugo Parker, LLP**
135 Main Street, 20th Floor
San Francisco, CA  94105
415-808-0300    415-808-0333 (fax)
**Defendants:**
   Foster Wheeler LLC (FKA Foster Wheeler Corporation)  (FOSTER)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA  90802
562-436-3946    562-495-0564 (fax)
**Defendants:**
   Ingersoll-Rand Company  (INGRSL)
   Trane US, Inc. fka American Standard, Inc. (AMSTAN)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA  94105
415-901-8700    415-901-8701 (fax)
**Defendants:**
   Owens-Illinois, Inc.  (OI)

**Tucker Ellis LLP**
One Market Street
Steuart Tower, Suite 700
San Francisco, CA  94105
415-617-2400    415-617-2409 (fax)
**Defendants:**
   Carrier Corporation  (CARRCP)
   Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU)

**WFBM, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
   General Electric Company  (GE)
   Thomas Dee Engineering Company  (DEE)