**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>　　　　Defendants. | Case No. 3:12-cv-03260-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION** |

///
///
///
///
///
///

1   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related
2  to exposure to asbestos on or after December 5, 1980 as to Defendant CBS CORPORATION, A
3  DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS
4  CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE
   ELECTRIC CORPORATION are hereby dismissed with prejudice.

Dated: Dec. 5, 2014          By: _____
                                 Charles R. Breyer
                                 United States District Judge