UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-03260-CRB   (JSC)<br><br>**ORDER REGARDING PLAINTIFFS AND FOSTER WHEELER SETTLEMENT NEGOTIATIONS** |

PATRICIA COTTEN,

    Plaintiff,

  v.                                    Case No. 14-2124 JD (JSC)

FOSTER WHEELER LLC, et al.

    Defendants.

                                         /

DONALD STEVENS,

    Plaintiff

  v.                                    Case No. 14-4502 WHA (JSC)

FOSTER WHEELER LLC,

    Defendant.

                                   /

      The above plaintiffs and defendant Foster Wheeler LLC have advised that they are attempting to negotiate a package settlement of the above cases along with several other cases. The Court therefore orders the following schedule.

      Plaintiffs' counsel Brayton Purcell LLP shall provide Foster Wheeler LLC with the cases to be negotiated as part of the package on or before **March 4, 2015.**

1   Foster Wheeler LLC shall confirm the list of cases with Brayton Purcell LLP
2 on or before **March 16, 2015.**
3   Brayton Purcell LLP shall respond to Foster Wheeler LLP with a demand on or before
4 **March 20, 2015.**
5   Foster Wheeler LLC shall respond to Brayton Purcell LLP on or before **March 27, 2015.**
6   The Court will hold a telephone status call on Monday **April 13, 2015 at 9:00 a.m.** with
7 Brayton Purcell LLP and counsel for Foster Wheeler LLC. Brayton Purcell LLP shall provide the
8 call in number.
9   In the event the above cases are unable to be resolved as part of a package negotiation, the
10 Court will set a further settlement conference at which the litigants must attend in person.
11   **IT IS SO ORDERED.**
12 Dated: Feb. 25, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge

2