UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>             Plaintiff,<br><br>     v.<br><br>TRANE US, INC, et al.,<br><br>             Defendants. | Case No.  12-cv-03260-CRB   (JSC)<br><br>**ORDER REGARDING PLAINTIFF AND DEFENDANT TRANE U.S. INC. SETTLEMENT NEGOTIATIONS** |

        Plaintiff and defendant Trane US Inc. have advised that they are attempting to resolve this action as part of a settlement of a package of cases between plaintiffs represented by Brayton Purcell LLP and Trane US, Inc.  The Court will hold a telephone status call with Plaintiff and Trane US, Inc. on **Tuesday, May 19, 2015 at 9:00 a.m.**  Plaintiff's counsel shall provide the call in number.

        **IT IS SO ORDERED.**

Dated: Feb. 25, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge

United States District Court
Northern District of California