UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>  Plaintiff,<br><br>  v.<br><br>J.T. THORPE & SON, INC., et al.,<br><br>  Defendants. | Case No. 12-cv-03260-CRB   (JSC)<br><br>**ORDER REGARDING SETTLEMENT NEGOTIATIONS BETWEEN PLAINTIFF AND DEFENDANT J.T. THORPE & SON, INC.** |

The Court held a settlement conference with counsel for Plaintiff and counsel for defendant J.T. Thorpe & Son, Inc. on February 25, 2015.  The case did not settle and the parties are to provide the Court with an update on the status of their negotiations in a telephone call on **Monday, March 16, 2015 at 9:00 a.m.**  Plaintiff's counsel shall provide the call in number.  If the case has not resolved by the time of the March 16, 2015 call, the Court will set a settlement conference at which the clients must attend in person.

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge