UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>    Plaintiff,<br><br>    v.<br><br>OWENS ILLINOIS, et al.,<br><br>    Defendants. | Case No. 12-cv-03260-CRB   (JSC)<br><br>**ORDER REGARDING SETTLEMENT NEGOTIATIONS BETWEEN PLAINTIFF AND DEFENDANT OWENS –ILLINOIS, INC.** |

Plaintiff and Defendant Owens-Illinois, Inc. have advised that they are attempting to resolve this action as part of a settlement of a package of cases between plaintiffs represented by Brayton Purcell LLP and Owens-Illinois, Inc.. The Court will hold a telephone status call with Plaintiff and Owens Illinois on **Tuesday, March 30, 2015 at 9:00 a.m.**. Plaintiff's counsel shall provide the call in number.

**IT IS SO ORDERED.**

Dated: Feb. 25, 2015

                                                                          Jacqueline Scott Corley
                                                                    United States Magistrate Judge