**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY SALISBURY,<br><br>    Plaintiff,<br><br>vs.<br><br>ASBESTOS CORPORATION LIMITED, *et al.*,<br><br>    Defendants. | No. 3:12-cv-03260-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THOMAS DEE ENGINEERING COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant THOMAS DEE ENGINEERING COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: March 3, 2015          By: _____
                                                     Charles R. Breyer
                                                     United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THOMAS DEE ENGINEERING COMPANY