1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JERRY SALISBURY,                              )        No. 3:12-cv-03260-CRB
                                              )
                    Plaintiff,                )        **ORDER GRANTING PARTIES'**
                                              )        **DISMISSAL WITH PREJUDICE OF**
                                              )        **ANY ASBESTOS  EXPOSURE CLAIMS**
vs.                                           )        **ON OR AFTER DECEMBER 5, 1980**
                                              )        **FROM DEFENDANT GENERAL**
ASBESTOS CORPORATION LIMITED,                 )        **ELECTRIC COMPANY**
*et al.*,                                     )
                                              )
                    Defendants.               )
                                              )
                                              )
                                              )
                                              )
                                              )

        PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related

to exposure to asbestos on or after December 5, 1980 as to Defendant GENERAL ELECTRIC

COMPANY are hereby dismissed with prejudice.


Dated: March 10, 2015              By: _____
                                        Charles R. Bryer
                                        United States District Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS
ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT GENERAL ELECTRIC COMPANY