**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JERRY SALISBURY, | ) | No. 3:12-cv-03260-CRB |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE** |
| vs. | ) | |
| ASBESTOS CORPORATION LIMITED, *et al.*, | ) | |
| Defendants. | ) | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: April 10, 2015         By: *[signature]*
                              Charles R. Breyer
                              United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL OF DEFENDANT CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION, WITH PREJUDICE