**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY, | No. 3:12-cv-03260-CRB |
| Plaintiff, | **ORDER GRANTING PARTIES'** |
| vs. | **DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TRANE U.S., INC., fka AMERICAN STANDARD, INC.** |
| ASBESTOS CORPORATION LIMITED, *et al.*, | |
| Defendants. | |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant TRANE U.S., INC., fka AMERICAN STANDARD, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 29, 2015      By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TRANE U.S., INC., fka AMERICAN STANDARD, INC.