1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10
11 JERRY SALISBURY,                          )   No. 3:12-cv-03260-CRB
                                             )
12              Plaintiff,                    )   **ORDER GRANTING PARTIES'**
                                             )   **DISMISSAL WITH PREJUDICE OF**
13 vs.                                       )   **DEFENDANT FOSTER WHEELER**
                                             )   **LLC** *fka* **FOSTER WHEELER**
14 ASBESTOS CORPORATION LIMITED,             )   **CORPORATION**
   *et al.*,                                 )
15                                           )
                Defendants.                  )
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19 _____          )
20
21      PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant
22 FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION are hereby dismissed
23 with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.
24
25 Dated: Sept. 18, 2015                By: _____
26                                          Charles R. Breyer
                                            United States District Judge
27
28

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC *fka* FOSTER WHEELER CORPORATION